Commonwealth *v.* Meinhart, Appellant.

Argued September 14, 1967. *Arnold Sousa,* for appellant; *George T. McKinley,* First Assistant District. Attorney, with him *John Deutsch,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.